SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

MAR 2 3 2006

J. T. NOBLIN, CLERK
BY_____ DEPUTY

### IN THE UNITED STATES OF AMERICA
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

UNITED STATES OF AMERICA )
)
vs. ) Docket No. 3:02cr124LS-001
)
BRIDGETT VERONICA HAZZLERIGG )

### ORDER REGARDING EARLY DISCHARGE FROM PROBATION

This Cause came to be heard by the Court, on a Motion by the U.S. Probation Office, regarding the above named offender's probation. On February 27, 2003, Bridgett Veronica Hazzlerigg pled guilty to Embezzlement by a Bank Employee in violation of 18 U.S.C. § 656, and was sentenced by the Court to one (1) day imprisonment (with credit for time served), with a five (5) year term of supervised release to follow. Hazzlerigg was ordered to pay restitution in the amount of $3,425, and a special assessment of $100. Additionally, the following special conditions were added to the offender's supervision: (a) the defendant shall submit any requested business or personal financial information to the supervising U.S. Probation Officer, and shall not incur any new lines of credit, without prior approval of the supervising U.S. Probation Officer until she is in compliance with the restitution payment plan; (b) _if the defendant pays the restitution in full by the end of the 3rd year of supervised release she may be terminated at that point_. As of Hazzlerigg's third year supervision mark (2/26/06), the Court finds that she has paid her restitution in full. Also, over the last three years, the Court finds that the offender has complied fully with the terms and conditions of her supervision.

RE: HAZZLERIGG, Bridgett Veronica
**EARLY DISCHARGE ORDER**
**PAGE 2 OF 2**

In the interest of justice, the Court orders the remaining federal probation term discharged and hereby releases Bridgett Veronica Hazzlerigg from supervision.

**SO ORDERED** this the 23rd day of March, 2006.

_____
HONORABLE TOM S. LEE
UNITED STATES DISTRICT JUDGE